IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERNEST PRIOVOLOS,

    Plaintiff,

v.

MONTGOMERY COUNTY DISTRICT ATTORNEY OFFICE, et al.,

    Defendants.

CIVIL ACTION
NO. 17-0985

## ORDER

**AND NOW**, this 15th day of February 2018, upon consideration of Plaintiff's Second Amended Complaint (Doc. No. 17), Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 20), Plaintiff's Responses to Defendants' Motion to Dismiss (Doc. Nos. 21-22), and in accordance with the Court's Opinion issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 20) is **GRANTED**.

2. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.